UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:13-cv-22687-DLG

DAVID PENAGA and other
Similarly situated individuals,

    Plaintiff,

vs.

SPICE ART RESTAURANT, INC. et al

    Defendants.
_____/

## PLAINTIFF'S STATEMENT OF CLAIM

Plaintiff, through and by undersigned counsel, files this Plaintiff's Statement of Claim. As grounds, the Plaintiff's state: Plaintiff's good faith estimate of unpaid wages is as follows:

a. <u>Total amount of alleged unpaid Overtime wages</u>:

$18,581.20 (Liquidated)

b. <u>Calculation of such wages</u>:

Plaintiff worked for Defendant from March 6, 2012- December 21, 2012 as a waiter/bartender and was not paid the minimum wage of $4.77. Plaintiff was only compensated by the tips he earned. Plaintiff seeks to recover unpaid minimum and over-time wages accumulated from March 6, 2012- December 21, 2012, which totals no less than 41 weeks. Plaintiff is owed approximately $7,822.80 ($4.77 x 40 hrs. x 41 weeks)

of unpaid minimum wages and approximately $1,467.80 ($7.16 x 5 hrs. x 41 weeks) of unpaid over-time wages which totals in $9,290.60 plus attorney fees and costs.

d. Nature of wages (e.g. overtime or straight time):

This amount represents unpaid overtime wages and liquidated damages.

Dated this 9th day of August, 2013

Respectfully submitted,

**REMER & GEORGES-PIERRE, PLLC**
Court House Tower
44 West Flagler Street, Suite 2200
Miami, FL. 33130
Tel.  (305) 416-5000
Fax: (305) 416-5005

By: _____
Anthony M. Georges-Pierre, Esq.
Florida Bar No.: 533637
Brody M. Shulman, Esq.
Florida Bar No.: 92044

## CERTIFICATE OF SERVICE

I hereby certify that on August 9th, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: _____
Anthony M. Georges-Pierre, Esq.
Florida Bar No.: 533637

## SERVICE LIST

**Anthony M. Georges-Pierre, Esq.**
**Brody M. Shulman, Esq.**
Remer & Georges-Pierre PLLC
Court House Tower
44 West Flagler Street, Suite 2200
Miami, FL. 33130
305-416-5000
Fax: 305-416-5005
Email: Agp@rgpattorneys.com
Email: bshulman@rgpattorneys.com