UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 13-22687-CIV-GRAHAM/GOODMAN

DAVID PENAGA,

    Plaintiff,

vs.

SPICE ART RESTAURANT, INC., et al.,

    Defendants.
_____/

### ORDER DISMISSING CASE WITHOUT PREJUDICE

**THIS CAUSE** came before the Court upon the parties' Joint Stipulation of Dismissal without Prejudice.[D.E. 13]. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of September, 2013.

                                          s/Donald L. Graham
                                          DONALD L. GRAHAM
                                          UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record

*CLOSED CIVIL CASE*